IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| WILLIE LEE MOTE, | : | |
| Petitioner, | : | |
| v. | : | Case No. 1:07-CV-61 (WLS) |
| CARL HUMPHREY, Warden, | : | |
| Respondent. | : | |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed September 1, 2010. (Doc. 18). It is recommended that Petitioner's Petition for Writ of Habeas Corpus (Doc. 2) as well as his Petition to Supplement the Habeas Corpus Petition (Doc. 9) be **DENIED** based on Petitioner's failure to satisfy his burden for federal habeas corpus relief. (Doc. 18) No objection to Judge Langstaff's Report and Recommendation has been filed to date.

Upon full review and consideration of the record, the Court finds that said Report and Recommendation (Doc. 18) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Petitioner's Petition for Writ of Habeas Corpus (Doc. 2) and Petition to Supplement the Habeas Corpus Petition are **DISMISSED**.

**SO ORDERED**, this  22nd  day of September, 2010.

 /s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**